UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYMUNDO RAMOS,<br><br>    Defendant. | Case No. 18-cr-00048-LHK-5<br><br>**CJA CONTRIBUTION ORDER** |

Having further reviewed defendant's financial affidavit, it appears that defendant is financially able to contribute.

IT IS HEREBY ORDERED THAT:

[X] THE DEFENDANT IS LIABLE FOR A CONTRIBUTION OF $50.00 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [X] That certain date of April 2, 2018 and the SAME DAY each month thereafter;

    [X] MAIL TO: **Clerk, U.S. District Court,**
                           **280 South First Street, Room 2112**
                           **San Jose, CA 95113-3095**

Please indicate that this is a CJA payment and include the case number

Dated: March 1, 2018

                                                   SUSAN VAN KEULEN
                                                   United States Magistrate Judge